1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11   DEWAYNE PARKER,                          Case No. 1:25-cv-00367 JLT SKO (HC)

12                    Petitioner,             ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, DISMISSING
13          v.                                PETITION FOR WRIT OF HABEAS
                                              CORPUS, AND DIRECTING CLERK OF
14                                            COURT TO ENTER JUDGMENT AND
                                              CLOSE CASE
15   NAPA SUPERIOR COURT, et al.,
                                              (Doc. 14)
16                    Respondents.
                                              ORDER DECLINING TO ISSUE
17                                            CERTIFICATE OF APPEALABILITY

18

19          Dewayne Parker is a state pretrial detainee proceeding *pro se* and *in forma pauperis* with a

20   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (*See generally* Doc. 10.)  The

21   magistrate judge preformed a preliminary review of the amended petition pursuant to Rule 4 of

22   the Rules Governing Section 2254 Cases and determined the Court should abstain from the matter

23   because Petitioner's "state criminal proceedings are ongoing," and the state "has an important

24   interest in the matter."  (Doc. 12 at 2-3.)  The magistrate judge also found that "[t]he trial court

25   remains available as an adequate forum for Petitioner to seek relief."  (*Id.* at 3.)  Therefore, the

26   magistrate judge recommended the Court dismiss the petition.  (*Id.*)

27          The Court served the Findings and Recommendations on Petitioner and notified him that

28   any objections were due within 21 days.  (Doc. 14.) The Court advised him that the "failure to file

                                              1

1   objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing

2   *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  The Court served the Findings and

3   Recommendations on the only address on record.  Although the U.S. Postal Service returned the

4   mail as undeliverable, the Court's service upon Plaintiff is deemed fully effective pursuant to

5   Local Rule 182(f).

6       According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

7   Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

8   are supported by the record and proper analysis.

9       In addition, the Court declines to issue a certificate of appealability.  A state prisoner

10  seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of

11  his petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537

12  U.S. 322, 335-336 (2003).  If a court denies a petitioner's petition, the court may only issue a

13  certificate of appealability when a petitioner makes a substantial showing of the denial of a

14  constitutional right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, Petitioner must

15  establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition

16  should have been resolved in a different manner or that the issues presented were 'adequate to

17  deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)

18  (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)). In the present case, the Court finds that

19  Petitioner did not make the required substantial showing of the denial of a constitutional right to

20  justify the issuance of a certificate of appealability.  Reasonable jurists would not find the Court's

21  determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

22  deserving of encouragement to proceed further.  Thus, the Court **ORDERS**:

23      1.   The Findings and Recommendations issued on May 27, 2025, (Doc. 14), are

24           **ADOPTED** in full.

25      2.   The petition for writ of habeas corpus is **DISMISSED** without prejudice.

26      3.   The Clerk of Court is directed to enter judgment and close the case.

27  ///

28  ///

2

4.      The Court declines to issue a certificate of appealability.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  __**June 27, 2025**__

UNITED STATES DISTRICT JUDGE

3